UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Tammy Shepherd, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-00475-WTL-MJD |
| Key 2 Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 6, 2013

Respectfully submitted,

By */s/ Amy L. Cueller*

Amy L. Cueller, Esq., #15052-49
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 6, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By_/s/ Amy L. Cueller_____

                Amy L. Cueller