U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY SHEPHERD, )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>KEY 2 RECOVERY, INC., and )<br>DOES 1-10, inclusive, )<br>    Defendant. ) | CASE NO. 1:13-CV-00475-WTL-MJD |

### ORDER OF DISMISSAL

Plaintiff, Tammy Shepherd, by counsel, and Defendants, Key 2 Recovery, Inc. and Does 1-10 inclusive, , by counsel, having filed with this Court their Joint Motion to Dismiss With Prejudice, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 05/29/2013 .

DISTRIBUTION:

Amy L. Cueller
aculler@lemberglaw.com

Peter A. Velde
pvelde@k-glaw.com

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

130559 / 1994005-1